THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY L. ROHRBACH, Respondent, against HENRY D. COCHRANE, as Mayor of the Village of Hastings on Hudson, et al., Appellants.

(Submitted February 25, 1935; decided March 12, 1935.)

*William R. Hogan, Corporation Counsel,* for appellants.
*John J. Hughes* and *David H. Moses* for respondent.
Order affirmed, with costs; no opinion.
Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.